**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

EAST COAST BROKERS & PACKERS, INC.,                Case No.: 8:13-BK-02894-KRW
                                                                                    Chapter 11

     Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorney appears in this case on behalf of Airgas USA, LLC ("Airgas"), and requests service of all notices, pleadings, and other papers filed in this case as required by the Federal Rules of Bankruptcy Procedure or by order of the Court.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by electronic means and/or U.S. Mail on the 12th day of March, 2013, to:

| | |
|---|---|
| East Coast Brokers & Packers, Inc.<br>P.O. Box 2636<br>Plant City, FL 33564 | Denise E. Barnett<br>United States Trustee<br>Timberlake Annex, Suite 1200<br>501 E Polk Street |
| Scott A. Stichter, Esquire<br>Susan H. Sharp, Esquire<br>Stichter Riedel Blain & Prosser, P.A.<br>110 E. Madison St., Ste. 200<br>Tampa, FL 33602<br>sstichter.ecf@srbp.com<br>ssharp.ecf@srbp.com | Tampa, FL 33602<br>Denise.barnett@usdoj.gov<br><br>United States Trustee - TPA<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602 |

/s/ Cheryl Thompson
**CHERYL THOMPSON, ESQUIRE**
Florida Bar Number: 0970931
cthompson@anthonyandpartners.com
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida 33602
Telephone: (813) 273-5616
Facsimile: (813) 221-4113
Attorney for Airgas