**United States Bankruptcy Court**
Middle District of Florida, Tampa Division

In re  **East Coast Brokers & Packers, Inc.**                                        Case No.  **8:13-bk-2894-KRM**
                                    Debtor
                                                                                     Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Batista Madonia**<br>P.O. Box 2636<br>Plant City, FL 33564 | | 50% | |
| **Evelyn Madonia**<br>P.O. Box 2636<br>Plant City, FL 33564 | | 50% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **3/28/13**                                        Signature  _/s/ Batista J. Madonia_
                                                         **Batista J. Madonia**
                                                         **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders