UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| EAST COAST BROKERS & PACKERS, INC., | Case No. 8:13-bk-02894-KRM |
| BATISTA J. MADONIA SR. and EVELYNE M. MADONIA, | Case No. 8:13-bk-2895-KRM |
| CIRCLE M RANCH, INC., | Case No. 8:13-bk-2896-KRM |
| RUSKIN VEGETABLE CORPORATION, | Case No. 8:13-bk-2897-KRM |
| OAKWOOD PLACE, INC., | Case No. 8:13-bk-2898-KRM |
| BYRD FOODS OF VIRGINIA, INC., | Case No. 8:13-bk-3069-KRM |
| EASTERN SHORE PROPERTIES, INC., | Case No. 8:13-bk-3070-KRM |
| STELLARO BAY, INC., | Case No. 8:13-bk-3071-KRM |
| | **Jointly Administered Under Case No. 8:13-bk-2894-KRM** |

Debtors.
_____/

**ORDER ON MOTION FOR RELIEF FROM STAY**
(TRIANGLE CHEMICAL COMPANY)

THIS CASE came on for hearing on May 16, 2013 to consider the Motion for Relief from the Automatic Stay of §362 of the Bankruptcy Code (Docket No. 146) ("Motion") filed by Triangle Chemical Company, a creditor in the above-styled Chapter 11 case. For the reasons stated orally and recorded in open court accordingly, it is

ORDERED that:

1.    The automatic stay be, and is hereby, modified and Triangle Chemical Company may continue to prosecute its in rem rights pursuant to the Final Judgment of Foreclosure in the case styled as follows:

IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

TRIANGLE CHEMICAL COMPANY,

    Plaintiff,

vs.

Case No. 2012CA-011073
Section No.: R

EAST COAST BROKERS & PACKERS, INC.;
BATTISTA MADONIA a/k/a
BATISTA MADONIA, SR. a/k/a
BATISTA J. MADONIA, SR.;
EVELYN MADONIA a/k/a EVENLYN M. MADONIA;
ANTHONY MARANO COMPANY; CROP
PRODUCTION SERVICES, INC. f/k/a UAP
DISTRIBUTION, INC.; and UNKNOWN TENANTS

    Defendants.
_____/

including the rescheduling of a foreclosure sale in such case.  Notwithstanding the foregoing, no foreclosure sale shall occur before July 15, 2013.

    2.    Notwithstanding the foregoing, the Court will conduct a continued hearing on the Motion on June 24, 2013 at 9:30 a.m. and at such hearing may reconsider the terms of this Order.

    3.    The relief from the automatic stay provided for herein is limited to <u>in rem</u> relief and Triangle Chemical Company shall neither seek nor obtain any <u>in personam</u> relief against the Debtor.

DONE and ORDERED on _____June 21, 2013_____.

_____
K. RODNEY MAY
United States Bankruptcy Court Judge

Conformed copies to:

Office of the United States Trustee, 501 East Polk Street, Suite 1200, Tampa, FL  33602

John H. Mueller, Esq., 102 W. Whiting St., Ste. 302, Tampa, FL 33602
Shirley C. Arcuri, Esq., P.O. Box 10918, Tampa, FL 33679
Scott A. Stichter, Esq., 110 Madison St., Ste. 200, Tampa, FL 33602
Zachary J. Bancroft, Esq., 390 N. Orange Ave., Ste. 1875, Orlando, FL 32802
Ted W. Weeks IV., Esq., 2117 Harden Blvd., Lakeland, FL 33803
Bernard J. Morse, Esq., 11268 Winthrop Main St., Ste. 102, Riverview, FL 33578, who is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order

S:\Shared Office Files\Weeks\Triangle\Ord MLS.docx