UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| EAST COAST BROKERS & PACKERS, INC. | Case No. 8:13-bk-2894-KRM |
| BATISTA J. MADONIA, SR. and EVELYN M. MADONIA, | Case No. 8:13-bk-2895-KRM |
| CIRCLE M RANCH, INC. | Case No. 8:13-bk-2896-KRM |
| RUSKIN VEGETABLE CORPORATION, | Case No. 8:13-bk-2897-KRM |
| OAKWOOD PLACE, INC., | Case No. 8:13-bk-2898-KRM |
| BYRD FOODS OF VIRGINIA, INC., | Case No. 8:13-bk-3069-KRM |
| EASTERN SHORE PROPERTIES, INC., | Case No. 8:13-bk-3070-KRM |
| STELLARO BAY, INC., | Case No. 8:13-bk-3071-KRM |
| | **Jointly Administered Under** |
| Debtors. | **Case No. 8:13-bk-2894-KRM** |
| _____/ | |

**TRUSTEE'S EXPEDITED MOTION TO RATIFY SALE OF
DEBTORS' PREVIOUSLY UNIDENTIFIED PERSONAL PROPERTY
[HEARING REQUESTED ON SEPTEMBER 5, 2013 AT 1:30 P.M.]**

Gerard A. McHale, Jr., the duly appointed and acting Chapter 11 Trustee (the "**Trustee**") for the estates of East Coast Brokers & Packers, Inc. ("**East Coast**"), Batista J. Madonia, Sr. a/k/a Batista J. Madonia Jr. and Evelyn M. Madonia (together the "**Madonias**"), Circle M. Ranch, Inc. ("**Circle M**"), Ruskin Vegetable Corporation ("**Ruskin Vegetable**"), Oakwood Place, Inc. ("**Oakwood Place**"), Byrd Foods of Virginia, Inc. ("**Byrd Foods**"), Eastern Shore Properties, Inc. ("**Eastern Shore**"), and Stellaro Bay, Inc. ("**Stellaro Bay**") (collectively the "**Debtors**"), by and through undersigned counsel and pursuant to 11 U.S.C. § 363, files this Motion (the "**Motion**") seeking ratification of the sale of certain personal property owned by the Debtors not specifically identified in the Sale Procedures Order[1] (as defined below).  In support of this Motion, the Trustee respectfully represents as follows:

---

[1] Capitalized terms used in this Motion and not otherwise defined herein shall have the meaning ascribed to such terms in the Sale Procedures Order.

5173887-3

**Preliminary Statement**

This Motion seeks very limited relief. It requests that the Court ratify the auction sale of equipment and vehicles owned by the Debtors, but not specifically identified in the Sale Procedures Order (the "**Additional Personal Property**"). In preparation for the auction sales, the Trustee, Murray Wise and Associates and Weeks Auction Company located approximately 58 vehicles and equipment that were not listed on Exhibit 5 to the Sale Procedures Order. The data on Exhibit 5 to the Sale Procedures Order was derived from the schedules and statements filed by the Debtors (the "**Schedules**"). The information on the Schedules appears to have been incomplete. The Additional Personal Property located in Florida was sold at auction on August 28, 2013. The Additional Personal Property located in Virginia will be sold on September 4, 2013. While the Sale Procedures Order authorizes the Trustee to sell Personal Property Assets at absolute auction, the Trustee files this Motion to avoid any controversy regarding his authority to sell the Additional Personal Property, as the Additional Personal Property was not specifically identified in the exhibit to the Sale Procedures Order. The Trustee requests that the Court consider this Motion on September 5, 2013 when it will consider final approval of the sale of the Debtors' Real Property Assets.

**Jurisdiction and Venue**

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

**Background**

2.       On March 6, 2013 and March 11, 2013 (the "**Petition Dates**"), the Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

3.       The Debtors were operating their businesses and managing their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

4.       Pursuant to an Order entered by this Court dated March 13, 2013, the Debtors' Chapter 11 cases are being jointly administered for procedural purposes only under *In re: East Coast Brokers & Packers, Inc.*, Case No. 8:13-bk-2894-KRM.

5.       On June 20, 2013, the Court entered *Order Granting MLIC's Motion to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. §1104, or in the Alternative, to Dismiss the Case Pursuant to 11 U.S.C. §1112* [Dkt. No. 264], which Order approved the appointment of a chapter 11 trustee in lieu of dismissal.

6.       On June 20, 2013, the United States Trustee filed a *Notice of Appointment of Chapter 11 Trustee* [Dkt. No. 268] and an *Application for Order Approving Appointment of Trustee* [Dkt. No. 269] which motions otherwise seek to appoint Gerard A. McHale, Jr. as the chapter 11 trustee.

7.       On June 21, 2013, the Court entered the *Order Approving Application to Appoint Chapter 11 Trustee, Gerard A. McHale, Jr.* [Dkt. No. 271].

8.       Since his appointment, the Trustee has conferred with both the principals of the Debtors and the Debtors' secured creditors, including but not limited to Anthony Marano Company, Crop Production Services, Inc., MLIC Assets Holdings, LLC and MLIC CB Holdings, LLC (collectively, the **"Secured Creditors"**).

9. On July 10, 2013, the Trustee filed the *Chapter 11 Trustee's Emergency Motion to Sell Property Free and Clear of Liens and Other Interests with Liens to Attach to Proceeds Pursuant to 11 U.S.C. 363(f)* (the "**Sale Motion**") [Dkt. No. 297].

10. On the same day, the Trustee filed his *Trustee's Emergency Motion to Establish Sales Procedures for Public Sale of Real and Personal Property* (the "**Sale Procedure Motion**") [Dkt. No. 296]. In the Sale Procedure Motion, the Trustee sought, *inter alia,* authority to sell via public and online auctions the Debtors' real and personal property located in Virginia and Florida. Those assets fell into five different categories: Group A (the Florida Essential Operating Assets); Group B (the Virginia Essential Operating Assets); Group C (the Florida Non-Essential Operating Assets); Group D (the Virginia Non-Essential Operating Assets); and Group E (the Florida and Virginia farm equipment and rolling stock).

11. With respect to Group E, the Trustee noted in the Sale Procedure Motion that "[t]he attached list is the best list currently available to the Secured Creditors and the Trustee due to the Debtors' current state. The Trustee reserves the right to amend this list of equipment at any time prior to the entry of an order authorizing the sale of the equipment." Thus, the Trustee acknowledged in the Sale Procedure Motion that due to the number of real properties (and therefore locations for personal property) scattered throughout Florida and Virginia, the list of the Debtors' personal property available for sale could change.

12. On July 24, 2013, the Court entered the *Order (I) Granting Trustee's Emergency Motion to Establish Sales Procedures for Public Sale of Real and Personal Property, (II) Granting, in Part, Trustee's Emergency Motion to Sell Property Free and Clear of Liens, and (III) Scheduling Further Hearings* (the "**Sale Procedures Order**") [D.E. 319]. The Sale Procedures Order authorizes the Trustee to, *inter alia*, to conduct auction sales of the Group E assets on August 28, 2013 and September 4, 2013. The Group E assets are listed on Schedule 5 to the Sale Procedures Order.

13. With respect to Group E assets, which are referred to in the Sale Procedures Order as "Personal Property Assets," the prevailing bidder and purchase price "shall be deemed approved without further Order of the Court." Sale Order, ¶ 8. Thus, the Trustee is authorized to conduct absolute auctions of the Personal Property Assets and the sale is not subject to further approval of this Court.

14. It was only after the entry of the Sale Procedures Order, and in connection with readying the assets for sale, that the Trustee learned there are a number of vehicles and equipment belonging to the Debtors that were not disclosed or identified on the Schedules. The Trustee believes it is in the best interest of the Debtors' estate to ratify the sale of these Additional Personal Property Assets.

15. By this Motion, the Trustee seeks ratification of the sale of the Additional Personal Property Assets located in Florida and identified in **Exhibit "A-1",** and the additional Personal Property Assets located in Virginia and identified in **Exhibit "A-2"** to this Motion. As of the date of this Motion, most of the assets listed on Exhibit A will have already been sold at the August 28, 2013 auction that took place in Mulberry, Florida. The August 28, 2013 auction was very well attended, open, competitive and a tremendous success. The August 28, 2013 auction brought a total of $4.808 million to the estates. The remainder of the Group E assets, e.g. those located in Virginia, are scheduled to be sold on September 4, 2013. If necessary, the Trustee will supplement this Motion with an additional list of personal property sold at the September 4, 2013 auction in Virginia.

16. In the interest of brevity, the Trustee incorporates the allegations contained in the Sale Procedure Motion and adopts them as though they were fully set forth herein.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an Order ratifying the sale of the Debtors' Additional Personal Property, and ordering such further relief as the Court may deem just and proper.

This 30th day of August, 2013

        BERGER SINGERMAN LLP
        *Counsel for the Trustee*
        1450 Brickell Avenue, Suite 1900
        Miami, FL 33131
        Tel. (305) 755-9500
        Fax (305) 714-4340

        By:   */s/ Jordi Guso*
              Jordi Guso
              Florida Bar No. 863580
              jguso@bergersingerman.com
              Alisa Paige Mason
              Florida Bar No. 084461
              pmason@bergersingerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically through the Court's CM/ECF system upon all parties listed on the attached CM/ECF List on this 30th day of August, 2013.

>  /s/ Jordi Guso
>  Jordi Guso

## **CM/ECF LIST**

- Shirley C. Arcuri sarcuri1@tampabay.rr.com
- Zachary J Bancroft zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com;fedcts@bakerdonelson.com
- Gary A Barnes gbarnes@bakerdonelson.com, mparris@bakerdonelson.com;kfurr@bakerdonelson.com
- Denise E Barnett denise.barnett@usdoj.gov
- Nathan M Berman nberman@zuckerman.com
- Steven M Berman sberman@slk-law.com
- Andrew M. Brumby abrumby@shutts-law.com, dbonilla@shutts.com;jtimko@shutts.com
- Lisa M Castellano lcastellano@becker-poliakoff.com, thenry@becker-poliakoff.com
- Colleen Murphy Davis colleen.murphy@usdoj.gov, beverly.lanier@usdoj.gov;ivonne.williams@usdoj.gov
- Herbert R Donica ecf-hrd@donicalaw.com, ecf-cd@donicalaw.com;harrison@donicalaw.com;hrdecf@gmail.com
- Robert F Elgidely relgidely@gjb-law.com, vlambdin@gjb-law.com;chopkins@gjb-law.com
- Brian T FitzGerald fitzgeraldb@hillsboroughcounty.org, litigation@hillstax.org;connorsa@hillsboroughcounty.org;jacksonDa@hillsboroughcounty.org
- Debi Evans Galler dgaller@bergersingerman.com, efile@bergersingerman.com;jalvarez@bergersingerman.com
- Jordi Guso jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com
- Patti W Halloran phalloran@gibblaw.com
- Michael A. Kaufman michael@mkaufmanpa.com, kaufmanesq@gmail.com,diamondmk@aol.com,gstolzberg@mkaufmanpa.com,samkraut@mkaufmanpa.com
- William M Lindeman w.lindeman@wmlpa.com, vickie.p@wmlpa.com
- Michael P Maguire michael.maguire@hklaw.com, laura.wiseman@hklaw.com
- Robert B Marcus rmarcus@attorneymm.com, mail@attorneymm.com
- Michael C Markham mikem@jpfirm.com, minervag@jpfirm.com;angelinal@jpfirm.com
- Kent D McPhail bankruptcynotices@dumasmcphail.com, sylvia@dumasmcphail.com
- John H Mueller jmueller@sclegal.com, jhmsecy@sclegal.com
- Brian G. Rich brich@bergersingerman.com, efile@bergersingerman.com;jdiaz@bergersingerman.com;kbeck@bergersingerman.com;bwalter@bergersingerman.com
- Susan H Sharp ssharp.ecf@srbp.com, srbpecf@srbp.com
- Susan K Spurgeon susan@penningtonlaw.com, sue@penningtonlaw.com
- Scott A. Stichter sstichter.ecf@srbp.com, srbpecf@srbp.com
- Suzy Tate suzy@suzytate.com, katie@suzytate.com
- Cheryl Thompson cthompson@anthonyandpartners.com, rbrown@anthonyandpartners.com;efilings@anthonyandpartners.com
- John B Timmer jtimmer@zuckerman.com
- United States Trustee - TPA USTPRegion21.TP.ECF@USDOJ.GOV
- Ted W Weeks tww@lawofficetweeks.com, assistant@lawofficetweeks.com
- Hugo S deBeaubien bdebeaubien@slk-law.com, dborden@slk-law.com

**EXHIBIT A-1**

| TAG NO | TD NO | PROPERTY NO | DESCRIPTION | DESCRIPTION1 | DESCRIPTION2 |
|---|---|---|---|---|---|
| 280 | 0 | 20230 | DODGE RAM 1500 2004 | 1D7HA18064S773889 | OD 075,007 RED |
| 321 | 0 | 20274 | FORD E350 VAN  2008 | 1FBNE31L18DA77339 | OD 038,970 WHITE |
| 409 | 0 | 20276 | FORD E350 VAN  WHITE 2008 | 1FBNE31L28DA80363 | OD 039,355 |
| 495 | 0 | 20056 | RAVEN ALUMINUM | 1R1M253231K510255 | DROP DECK 53' 2000 |
| 496 | 0 | 20055 | FONTAINE  TRAILER FLATBED | 13N14830-5-V1577526 | RED |
| 497 | 0 | 533 | FONTAINE FLATBED RED | | |
| 498 | 0 | 20054 | PINES 53FT TRAILER 1998 | 1PNV532B2WH208065 | WHITE |
| 501 | 0 | 20051 | UTILITY 53FT TRAILER 1997 | 1UYVS253XWP295852 | ALUM |
| 503 | 0 | 548 | WABASH 53FT TRAILER 1997 | 1JJV532U4VL429860 | ALUM |
| 504 | 0 | 532 | FONTAINE FLATBED RED 1997 | 13N14830-OW1577936 | |
| 505 | 0 | 20050 | WABASH 53FT TRAILER 1997 | 1JJV532U3VL429834 | ALUM |
| 506 | 0 | 20049 | PINES 53FT TRAILER 1996 | 1PNV532B3VG302556 | ALUM |
| 507 | 0 | 20048 | STRICK 53FT TRAILER 1995 | 1S12E9539TD407548 | ALUM |
| 508 | 0 | 547 | DORSEY 53FT TRAILER 1987 | 1DTV11X28HW027768 | ALUM |
| 509 | 0 | 546 | UTILITY 53FT REEFER 1996 | 1UYVS2489TM996201 | ALUM |
| 510 | 0 | 560 | WABASH DRY VAN 53FT 1997 | 1JJV532U2VL416038 | WHITE |
| 511 | 0 | 20289 | FLAT BED 48' BLACK W/TANK | | |
| 512 | 0 | 20290 | TRAILMOBILE 53FT 1996 | 1PT01JAH7V6001500 | WHITE |
| 514 | 0 | 535 | UTILITY  STEP DECK TRAILE | 1UYFS2487SA440702 | RED |
| 516 | 0 | 517 | GREAT DANE  BLACK 1978 | M19623 | |
| 518 | 0 | 573 | OTTAWA 30 TRAILER JOCKEY | 301316 | WHITE |
| 520 | 0 | 20291 | MACK DUMP 1 AXLE  1988 | VG6BA01B7JB001444 | OD 435,420 WHITE |
| 521 | 0 | 526 | IH S2600 DUMP | 1HTZVGBTZKH611971 | OD 182,507 WHITE |
| 522 | 0 | 555 | GMC BRIG  DUMP TRUCK | 1GDT8C4Y6HV506871 | OD 086,372 WHITE |
| 523 | 0 | 574 | FORD SPEADER TRUCK 1997 | 1FDNF70J7WVA01224 | OD 111,899 WHITE |
| 528 | 0 | 20292 | FORD E350 VAN  1991 | TAG B63-5PL | WHITE |
| 532 | 0 | 527 | IH F1954 FLATBED TK 1984 | 1HSLRTVN8EHA19066 | WHITE |
| 533 | 0 | 504 | FREIGHTLINER  SEMI TK 199 | 1FUYDCYB4TH788391 | WHT/PURPLE |
| 535 | 0 | 519 | IH 1754 FLATBED 1989 | 1HTLCCFN7KH654185 | |
| 580 | 0 | 20072 | PETE DAY CAB 379 2000 | 1XP5DB9E1YN487261 | OD 0580806 |
| 581 | 0 | 20073 | PETERBILT 379 1999 | 1XPSDB9X7XD485776 | RED |
| 582 | 0 | 20071 | PETERBUILT 379  1992 | 1XP5DB87X4NN319790 | OD 129881 |
| 583 | 0 | 518 | FREIGHTLINER FL60 2000 | 1FV3GJAC7YHF03519 | WHITE BOX TRUCK |

| | | | | | |
|---|---|---|---|---|---|
| 592 | 0 | 20271 | DODGE 2500 RAM WHITE 2000 | 1B7KF2360YJ142227 | OD 314,494 |
| 601 | 0 | 20305 | FORD F150 XLT   2003 | 1FTRX18L33NB70254 | OD 166,666 WHITE |
| 603 | 0 | 20306 | DODGE 2500 RAM 4X4   1995 | 1B7KF26C3SS313295 | WHITE |
| 605 | 0 | 20293 | FORD F250  4X4  CC 1997 | 1FTHW26F0VEC42614 | OD N/A BLACK |
| 611 | 0 | 20308 | TOYOTA TACOMA WHITE 2001 | 5TENM92N51Z821989 | |
| 613 | 0 | 572 | FORD L9000 FLATBED | 1FDYY95L8JVA51670 | OD EXEMPT WHITE |
| 615 | 0 | 20311 | IH NAVISTAR BUS   1990 | 1HVBBNDP7LH301887 | WHITE |
| 631 | 0 | 20316 | FORD CLUB WAGON   1992 | 1FBHE31H1NHA21656 | SILVER/MAROON |
| 641 | 0 | 588 | IH 4700 FLATBED  1994 | 1HT3CPKM2RH555234 | OD 377,732 WHITE |
| 870 | 0 | | DODGE RAM 1500 2004 | 1D7HA18D545292599 | OD 00,097 RED |
| 871 | 0 | | TOYOTA LAND CRUISER 1995 | JT3DJ81W9S0101268 | OD 115,447 GREEN |
| 1501 | 0 | 19 | TOYOTA 5FBCU15 | ELECTRIC FORKLIFT NO BAT | |
| 1502 | 0 | 27 | TOYOTA 7EBCU15 | ELECTRIC FORKLIFT NO BAT | |
| 0321A | 0 | 20296 | GOOSENECK NURSE TANK TRL | CC1T0798327 | RED |

**EXHIBIT A-2**

| WAC | UNIT# | YEAR | MAKE | MODEL | DRIVER | COLOR | SERIAL | ODO | T | K |
|---|---|---|---|---|---|---|---|---|---|---|
| 200 | 10051 | 2006 | FORD | F150 | | WHITE | 1FTPX14596KB95065 | | 1 | |
| 248 | 559 | 2006 | FORD | F-150 | | WHITE | IFTPX14506NA60636 | OD 195,237 | 1 | |
| 364 | 577 | 2000 | DODGE | 1500 | | WHITE | 3B7HF13281G222946 | OD 275,284 | 1 | |
| 380 | 589 | 2007 | TOYOTA | TUNDRA | | WHITE | 5TBBV541075454081 | | 1 | |
| 395 | 10058 | 2006 | CHEVY | 2500 VAN | | SILVER | 1GCGG25V0635363 | | 1 | |
| 408 | 521 | 1994 | TOYOTA TACOMA | 4X4 | | BLUE | JT4RN01P3R7065420 | OD 218,329 | 1 | |
| 432 | 10040 | 1999 | TOYOTA | TACOMA | | RED | 4TAWM72N8XZ449444 | | 1 | |
| 506 | 10130 | 2007 | TOYOTA | TUNDRA P/U | | WHITE | 5TBBT54177S452916 | OD 242,042 | 1 | |
| 580 | 568 | 2006 | FORD | F-150 | | WHITE | IFTPX14546NA45010 | OD 183,614 | 1 | 1 |
| 581 | 10129 | | CHEVY TAHOE | | | SILVER | 1GNEK13Z02J255090 | | 1 | |
| 587 | 591 | 2000 | TOYOTA | TACOMA | | GREEN | 4TAWM72N8Y2681818 | OD 327,104 | 1 | 1 |
| 591 | 576 | 2001 | CHEVY | 1500 SILVERADO | WILLIAM DELACRUZ | RED | 2GCEC19V311160414 | OD 278,500 | 1 | 2 |
| 600 | 1508 | 1993 | RANGE ROVER | LAND ROVER | SUV | GREEN | SALHV1240PA626199 | | 1 | 1 |
| 601 | 10133 | 2000 | GMC C6500 | FERTILIZER TRUCK | | WHITE | 1GDJ7H1D7YJ904901 | OD 110,899 | 1 | 1 |
| 615 | 502 | 1987 | PETERBILT | SEMI | | RED | 1XP9D29X7HN206761 | | 1 | 1 |
| 629 | 588 | 1995 | GMC | 1500 4X4 | NICOLAS | GREEN | 1GTEK19KXSE522635 | OD 272,584 | 1 | 1 |
| 630 | 579 | 2003 | FORD | F-150 | | WHITE | 1FTRX28LX3NA86206 | OD 308,140 | 1 | 1 |
| 682 | 590 | 2006 | CHEVY | 1500 | CARLOS GOMEZ | RED | 3GCEK14X66G174785 | OD 158,697 | 1 | 1 |
| 706 | 1503 | 1988 | GMC | 6000 | TRUCK | WHITE | 1GDE6D1B5JV509710 | OD 112,261 | 1 | 1 |
| 711 | 563 | 1998 | FORD | VAN | | WHITE | 1FBSS31LOWHA80525 | OD 293,370 | 1 | 3 |
| 716 | 569 | 1999 | IH | 4700 | FLATBED | WHITE | 1HTSCAAMXH688990 | OD 009,299 | 1 | 1 |
| 720 | 10064 | 1999 | PATTERSON | GOOSENECK TRAILER | | YELLOW | TNT0299E00501 | N/A | 1 | |
| 727 | 541 | 1990 | KENWORTH | FLATBED | WEIGHT 13825 | WHITE | 1NKBL59XXLJ545309 | | 1 | 1 |
| 730 | 567 | | IH | 4700 | FLATBED | WHITE | 1HTSCZWL8LH206634 | OD 321,510 | 1 | 1 |
| 746 | 10069 | 1989 | FORD | ECONOLINE 350 CAB/CHA | YSL-8455 | WHITE | 1FDKE37M7KHB91694 | OD 60,580 | 1 | 1 |
| 749 | 10139 | 1980 | GMC | BRIGADIER DUMP TRUCK | | WHITE | T48CYAV581479 | | 1 | |
| 752 | 10141 | 1972 | CHEVY | C60 TRUCK | | RED | CCE632V110867 | | 1 | |
| 753 | 10131 | | FORD | F600 | | WHITE | 1FDMF60HXBVA00985 | | 1 | |
| 758 | 580 | 1990 | IH | NAVISTAR | BUS | WHITE | 1HVBBNDP2LH301909 | OD 210,906 | 1 | 1 |
| 759 | 1505 | | FORD | 600 | TRUCK | WHITE | F60KCR88411 | OD 63,702 | 1 | 3 |
| 774 | 10065 | 1945 | FRUEHAUF | WATER TANKER | | ALUM | UNF207302 | | 1 | |
| 775 | 575 | 2002 | CHEVY | VAN | ALFRODO CARDONA | BROWN | 1GCHG35R321143822 | OD 296,843 | 1 | 2 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 781 | 933 | | STECO | DUMP TRAILER | TRAILER | | 102563-574 | | 1 | |
| 783 | 585 | | CHEVY | 2500 4x4 | PEDRO FIGEREROA | WHITE | 1GCHK29U41E298023 | OD 199,919 | 1 | 1 |
| 792 | 599 | | FORD | F-600 | | WHITE | F61KVB00277 | | 1 | |
| 796 | 10132 | | CHEVY | CUSTOM 10 P/U | | TAN | 1GCDR14Z0HF317677 | | 1 | |
| 805 | 1506 | | GMC | 6500 | TRUCK | GREEN | TCE675V600190 | OD 7,407 | 1 | |
| 807 | 597 | | FORD | F-600 | FLATBED | WHITE | F60KCW22259 | OD 69,707 | 1 | |
| 819 | 1502 | | GMC | 6000 | TRUCK | WHITE | 1GDE6D1B8JV506400 | OD 138,457 | 1 | |
| 831 | 10052 | 1995 | JAYCO | CAMPER 1995 | | | 1UJBJ02P3S1CM0384 | N/A | 1 | |
| | 560 | 2004 | GMC | 1500 | TONY ALVARADO | WHITE | 2GTEX19T841259073 | | 1 | |
| | 561 | 2004 | GMC | 1500 | TOM MEJORDA | WHITE | 2GTER19T741256035 | | 1 | |
| 395 | 574 | | CHEVY | EX2 | OLIVERA PREOLA | SILVER | 1GCGG25VO61135363 | | 1 | |
| | 1507 | | FORD | F-150 | PICK-UP | RED | 1FTDF15N2NNA02806 | | 1 | |
| 204 | 595 | 1992 | HINO | FLATBED SINGLE AXLE | | WHITE | JHBFB1520N1T10260 | | 2 | |
| 307 | 1500 | | CHEVY | C-65 | TRUCK | GREEN | CCE673V131766 | | 1 | 0 |
| 363 | 586 | | FORD | F-350 | BLUE | BLUE | 1FTSW31L44E408080 | OD 212,650 | 2 | |
| 434 | 931 | | FRUEHAUF | TANKER | TRAILER | RED | UNE189205 | | 2 | |
| 576 | 10242 | | PETERBILT | SEMI | | RED | 796163 | | 2 | |
| 577 | 573 | | CHEVY | 3500 | SHOP | WHITE | BJC34K6NE105374 | OD 147,121 | 2 | 2 |
| 584 | 10134 | 1978 | IH | SEMI | | WHITE | E2317HGA18756 | | 2 | |
| 593 | 1510 | | FORD | F-600 | TRUCK | WHITE | F61D1C82306 | OD 86,195 | 1 | 1 |
| 597 | 10054 | 1980 | FORD | F250 RANGER | | WHITE/BLUE | X25GKHG5935 | | 2 | |
| 599 | 587 | | FORD | F-150 | YOLANDA | RED | 1FTDF17W2VNA48150 | OD 163, 572 | 2 | |
| 619 | 10055 | | CLEAVER BROOKS | BOILER SYSTEM W/TRAILER | | | | | | |
| 643 | 566 | 1999 | DODGE | 1500 | HECTOR RUIZ | WHITE | 3B7HF13YOXG138359 | OD 274,881 | 1 | 1 |
| 690 | 562 | 2006 | CHEVY | 1500 | WAYNE MEARS | BLUE | 2GCEK13V2261223134 | OD 189,995 | 2 | 1 |
| 718 | 572 | 1990 | IH | NAVISTAR | BUS | WHITE | 1HVBBNDP7LH301890 | OD 165,145 | 2 | 1 |
| 726 | 934 | | OMNI | LOWBOY | TRAILER | RED | 102L442V3M1000629 | N/A | 2 | |
| 727 | 10061 | | CHEVY | TITAN SEMI | | WHITE | CDH937V109519 | OD 211,863 | 2 | |
| 732 | 10204 | | IH TRANSTAR CAB OVER | | | RED | | OD 828,280 | 2 | |
| 748 | 10074 | 1973 | KENTUCKY | TRAILER | | | 43814 | N/A | 2 | |
| 750 | 10140 | 1990 | FORD | F250 | | WHITE | 1FTHF25H8LNB01368 | | 2 | |
| 764 | 10136 | | IH | TRANSTAR SEMI | | GREEN | 259471G507466 | OD 756,196 | 2 | 1 |
| 766 | 598 | | GMC | 6000 | | WHITE | TCE614B588007 | | 2 | 2 |

| 768 | 1509 |  | FORD | F-700 | TRUCK | WHITE | 1FDPF70K6MYA10964 | OD O28,155 | 2 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 779 | 10068 | 1980 | FRUEHAUF | OPEN TOP TRAILER 1980 |  | ALUM | MET000813 |  | 2 |  |
| 788 | 10217 | 1979 | IH TRANSTAR SEMI |  |  | BLUE | E2327JGA14621 | OD 246,182 | 2 |  |
| 801 | 1501 |  | FORD | 600 | TRUCK | GREY | 540 | OD 93,814 | 2 |  |
| 814 | 10239 |  | GMC BRIGADIER | DUMP TRUCK |  | WHITE |  | OD 221,624 | 2 |  |
| 825 | 10138 | 1980 | JEEP | WAGONEER |  | RED/WHT | J0E1561N044955 | OD 0868 | 2 |  |
|  | 566 |  | DODGE | 1500 | HECTOR RUIZ | WHITE | 3B7HF13YOXB138359 |  | 2 |  |
|  | 581 |  | FORD | F-150 |  | WHITE | 1FT2X28W6WNC33930 |  | 2 |  |
|  | 582 |  | TOYOTA | TACOMA |  | BLUE | JT4RN01E3R7065420 |  | 2 |  |
|  | 594 |  | FORD | F-150 |  | WHITE | 1FTPX14546NA45010 |  | 2 |  |
|  | 596 |  | FORD | ECONOLINE |  | WHITE | 2FTEE14Y3LHB76818 |  | 2 |  |
|  | 932 |  | GREAT DANE | DRY VAN | TRAILER |  |  |  | 2 |  |
|  | 935 |  | TRAIL MOBILE |  | FLAT BED TRAILER |  | J31852 |  | 2 |  |
|  | 1504 |  | FORD | ECONOLINE | TRUCK | WHITE | 1FDKE376XKHA27849 |  | 2 |  |
|  | 10053 |  | RANGE ROVER |  |  | WHITE | SALHV1146JA344612 |  | 2 |  |
|  | 10066 | 1989 | BAMA | TRAILER |  |  | 1A9D48203K2054048 |  | 2 |  |
|  | 10135 | 1974 | IH | FLEETSTAR 2010 |  | GREEN | 71722CGB24041 |  | 2 |  |
|  | 10137 |  | BUDD | BOX VAN | YFJ-3613 | ALUM |  |  | 2 |  |