

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/05/2013 01:30 PM

COURTROOM  9B

**HONORABLE K. MAY**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:13-bk-02894-KRM | 11 | 03/06/2013 |

**Chapter 11**

**DEBTOR:**      East Coast Brokers & Packers, Inc.

**DEBTOR ATTY:**  Hugo deBeaubien

**TRUSTEE:**     Gerard McHale

**HEARING:**

1 - Motion for Reconsideration of the Court's Order Granting Debtors' Motion for Extension of Time to File Federal and State Tax Returns Filed by Colleen Murphy Davis on behalf of Creditor United States Of America/IRS (related document(s)[163]). (Attachments: # [1] Exhibit s A and B to the Motion for Reconsideration), Doc #189 (Cont'd from 6/24/2013)

2 - Amended Application to Employ Shumaker, Loop, & Kendrick, LLP as Special Counsel Nunc Pro Tunc to July 3, 2013 Filed by Steven M Berman on behalf of Interested Parties Byrd Foods of Virginia, Inc., Circle M Ranch, Inc., Eastern Shore Properties, Inc., Batista and Evelyn Madonia, Oakwood Place, Inc., Ruskin Vegetable Corporation, Stellaro Bay, Inc., Debtor East Coast Brokers & Packers, Inc., doc. #332

- Response in Opposition by the Trustee, doc. #354

3 - Expedited Motion for 2004 Examination of MLIC Asset Holdings, LLC and MLIC CB Holdings, LLC Filed by Steven M Berman on behalf of Interested Parties Byrd Foods of Virginia, Inc., Circle M Ranch, Inc., Eastern Shore Properties, Inc., Batista and Evelyn Madonia, Oakwood Place, Inc., Ruskin Vegetable Corporation, Stellaro Bay, Inc., Debtor East Coast Brokers & Packers, Inc., doc. #333

4 - Expedited Motion for 2004 Examination of Wauchula State Bank Filed by Steven M Berman on behalf of Interested Parties Byrd Foods of Virginia, Inc., Circle M Ranch, Inc., Batista and Evelyn Madonia, Oakwood Place, Inc., Ruskin Vegetable Corporation, Debtor East Coast Brokers & Packers, Inc., doc. #334, and Creditor's Response, doc. #353

5 - Expedited Motion for 2004 Examination of Murray Wise Associates, LLC Filed by Steven M Berman on behalf of Interested Parties Byrd Foods of Virginia, Inc., Circle M Ranch, Inc., Eastern Shore Properties, Inc., Batista and Evelyn Madonia, Oakwood Place, Inc., Ruskin Vegetable Corporation, Stellaro Bay, Inc., Debtor East Coast Brokers & Packers, Inc., doc. #335, and Creditor's Response, doc. #339

6 - Hearing to Approve Sale of Property(s)

*7 - Expedited Motion to Ratify Sale of Debtors' Previously Unidentified Personal Property Filed by Jordi Guso on behalf of Trustee Gerard A. McHale Jr. (Guso, Jordi). Related document(s) [297], Doc #411

**APPEARANCES:**:
Denise Barnett, Jordi Guso, Lisa Castellano, Gary Barnes, Michael Markham, Robert Marcus, Colleen Murphy Davis, Shirley Arcuri, Suzy Tate, John Mueller, Steve Berman and Gerard McHale.

**RULING:**
1 - Motion for Reconsideration of the Court's Order Granting Debtors' Motion for Extension of Time to File Federal and State Tax Returns Filed by Colleen Murphy Davis on behalf of Creditor United States Of America/IRS (related document(s)[163]). (Attachments: # [1] Exhibit s A and B to the Motion for Reconsideration), Doc #189

(Cont'd from 6/24/2013) - Granted.   Order by Guso.


2 - Amended Application to Employ Shumaker, Loop, & Kendrick, LLP as Special Counsel Nunc Pro Tunc to July 3, 2013 Filed by Steven M Berman on behalf of Interested Parties Byrd Foods of Virginia, Inc., Circle M Ranch, Inc., Eastern Shore Properties, Inc., Batista and Evelyn Madonia, Oakwood Place, Inc., Ruskin Vegetable Corporation, Stellaro Bay, Inc., Debtor East Coast Brokers & Packers, Inc., doc. #332

- Response in Opposition by the Trustee, doc. #354 - Denied as moot.   Order by Berman.

3 - Hearing to Approve Sale of Property(s) - Granted. (Approximately 32 orders to be submitted) Orders by Guso.


4 - Expedited Motion to Ratify Sale of Debtors' Previously Unidentified Personal Property Filed by Jordi Guso on behalf of Trustee Gerard A. McHale Jr. (Guso, Jordi). Related document(s) [297], Doc #411 - Granted.   Order by Guso.

5 - Ore Tenus Motion regarding Notice of Sale - Granted.   Order by Guso.

*Note to Case Manager - Counsel will be submitting a Motion to Determine Ownership.   Please set within 10 days.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.