

# FOWLER
Attorneys at Law
Est 1943 WHITE BOGGS

Batista & Evelyn Madonia, Sr.
East Coast Brokers & Packers, Inc.
Post Office Box 2636
Plant City, FL 33564-2636

## REMITTANCE

Our Matter #113-0371
CHAPTER 11 BANKRUPTCY

| | |
|---|---:|
| Fees For Professional Services | $39,515.50 |
| Reimbursable Costs | $68.10 |
| **TOTAL DUE ON THIS MATTER** | $39,583.60 |

## SUMMARY OF FEES

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| Mitchell I. Horowitz | 65.70 | 450.00 | 29,565.00 |
| Scott A. Underwood | 10.50 | 365.00 | 3,832.50 |
| Timothy M. Zwerner | 23.20 | 240.00 | 5,568.00 |
| Jake C. Blanchard | 2.00 | 275.00 | 550.00 |
| **Total** | **101.40** | | **39,515.50** |

Please return this remittance page with your Prompt Payment.

Thank you.

## EXHIBIT 1

FOWLER WHITE BOGGS P.A.

TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • www.fowlerwhite.com



**FOWLER WHITE BOGGS**
Attorneys at Law
Est 1943

Batista & Evelyn Madonia, Sr.
East Coast Brokers & Packers, Inc.
Post Office Box 2636
Plant City, Florida 33564-2636

April 4, 2013
Invoice 850742
Tax # 59-1280172
Page 1
MIH/1130371

Re:  **1130371**
     **East Coast Brokers & Packers, Inc.**
     **Bankruptcy Matters**

### Professional Services Through 03/31/13

| | | | | |
|---|---|---|---|---|
| 03/06/13 | Review of update on bids from Ken Nofziger; e-mails re: preparing for Met. Life call today; conference call with clients re: same; participate in Met. Life conf. call; e-mail to Hal Kemp at The Stephens Group re: status of consideration<br>ECBP | MIH | 1.60 | hrs. |
| 03/07/13 | E-mails re: bankruptcy filing for entities; telephone conference with Scott Stichter re: same; e-mails re: environmental issue for Ruskin Vegetable Corporation; receipt of IRS Answer to CDP case and e-mail to Ms. Madonia re: same<br>ECBP | MIH | 1.10 | hrs. |
| 03/08/13 | Review of proposed motion to engage as special counsel, and supporting affidavit, and e-mail comments to Susan Sharp; e-mails re: inquiry by county to possibly infiltration to water supply; e-mails with Snow Martin re: status of changing registered agent<br>ECBP | MIH | 1.50 | hrs. |
| 03/11/13 | Telephone conference with Scott Stichter re: additional entities to file Ch. 11; review of revised Affidavit and application to engage special counsel<br>ECBP | MIH | 0.30 | hrs. |

**FOWLER WHITE BOGGS P.A.**

TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Batista & Evelyn Madonia, Sr.                                      April 4, 2013
Re: East Coast Brokers & Packers, Inc.                            Invoice 850742
                                                                   Page 2
                                                                   MIH/1130371

| | | | | |
|---|---|---|---|---|
| 03/12/13 | Attorney conferences with D.D. Farfante re: Application and Affidavit for employment in bankruptcy cases; e-mail comments to Scott Stichter and Susan Sharp; e-mails re: preparing for Met. Life call tomorrow; telephone conference with Mr. Stichter re: same<br>ECBP | MIH | 0.80 | hrs. |
| 03/13/13 | E-mails with Ms. Madonia re: status of powers of attorney for trust fund investigation; receipt and execution of powers of attorney; e-mails re: cancellation of conf. calls with Met Life; e-mails with Scott Stichter re: issues with Bankruptcy Court Application and supporting Affidavit; tel. conf. with Mr. Stichter; Susan Sharp and D.D. Farfante re: same<br>ECBP | MIH | 1.00 | hrs. |
| 03/14/13 | Final review of Affidavit in support of Application for employment; execute Affidavit and e-mail back to Susan Sharp; e-mails re: title information; telephone conference with Ms. Sharp re: tax liabilities for debtors<br>ECBP | MIH | 1.00 | hrs. |
| 03/15/13 | E-mails re: additional language for NDAs; review and mark up proposed Case Management Report, and e-mails re: same; detailed review of IRS transcripts for unpaid taxes, and e-mails re: same; telephone conference with Susan Sharp re: same, comments to Case Management Report, and status of filing Application and supporting Affidavit; e-mails re: extensions for corporate income tax returns<br>ECBP | MIH | 3.00 | hrs. |
| 03/18/13 | E-mails re: due dates for 2012 returns and need to file extensions; review of revised Case Management Report and e-mails re: comments; e-mails re: IRS notice on Ruskin Vegetable Corporation and need to prepare returns; e-mails re: grand jury subpoena in Virginia and responsive information<br>ECBP | MIH | 1.10 | hrs. |
| 03/19/13 | E-mails re: need for accounting services during bankruptcy; telephone conference with Susan Sharp re: same; e-mails with Stephen Madonia re: status of Stephens Group<br>ECBP | MIH | 0.70 | hrs. |

Batista & Evelyn Madonia, Sr.  
Re:  East Coast Brokers & Packers, Inc.

April 4, 2013  
Invoice 850742  
Page  3  
MIH/1130371

| | | | | |
|---|---|---|---|---|
| 03/20/13 | Review of proposed sale of assets as forwarded by Scott Stichter; review of e-mails from Snow Martin re: Florida annual reports; e-mails with Ms. Madonia re: same ECBP | MIH | 0.40 | hrs. |
| 03/25/13 | E-mails re: IRS liens for trust fund taxes; e-mails re: IRS grand jury subpoena for employees in Virginia; telephone call to IRS special agent Jeff Bradford re: same; e-mails re: scheduled hearing on application to be employed as special counsel ECBP | MIH | 1.00 | hrs. |
| 03/26/13 | E-mails re: responsive information to grand jury subpoena; conference call re: impact of IRS trust fund assessments and alternatives to challenge; e-mails re: tax returns for entities; telephone conference with Susan Sharp re: same and extension of time to prepare and file delinquent returns ECBP | MIH | 1.50 | hrs. |
| 03/27/13 | E-mails re: returns for Byrd Foods ECBP | MIH | 0.10 | hrs. |
| 03/29/13 | E-mails re: Bankruptcy Court granting Application to be engaged as special counsel ECBP | MIH | 0.10 | hrs. |

### Summary of Fees

| | Hours | Rate/Hr | Dollars | | |
|---|---|---|---|---|---|
| Mitchell I Horowitz | 15.20 | 450.00 | 6,840.00 | | |
| TOTAL | 15.20 | | 6,840.00 | | |
| **Fees for Professional Services Rendered** ................................................. | | | | $ | **6,840.00** |

### Disbursements Through 03/31/13

| | | |
|---|---|---|
| 03/08/13 | Long Distance Telephone | 0.15 |

FOWLER WHITE BOGGS P.A.  
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

Batista & Evelyn Madonia, Sr.
Re:  East Coast Brokers & Packers, Inc.

April 4, 2013
Invoice 850742
Page  4
MIH/1130371

03/08/13     Long Distance Telephone                                              0.30

**Total Disbursements** ...................................................................    $          **0.45**

### TOTALS FOR THIS INVOICE

Fees for Professional Services......................................................................    6,840.00
Disbursements ...............................................................................................         0.45
**TOTAL DUE FOR THIS INVOICE**................................................    $     **6,840.45**



Batista & Evelyn Madonia, Sr.
East Coast Brokers & Packers, Inc.
Post Office Box 2636
Plant City, Florida 33564-2636

May 6, 2013
Invoice 853084
Tax # 59-1280172
Page 1
MIH/1130371

Re:  **1130371**
     **East Coast Brokers & Packers, Inc.**
     **Bankruptcy Matters**

### Professional Services Through 04/30/13

**East Coast Brokers and Packers, Inc**

| | | | | |
|---|---|---|---|---|
| 04/01/13 | E-mails with Susan Sharp re: timing for bills and application for fees; e-mail to Mr. Madonia, Jr. re: form of nondisclosure agreement | | | |
| | ECBP | MIH | | 0.20 hrs. |
| 04/02/13 | E-mails with Mr. Batista, Jr. re: revisions to form of NDA | | | |
| | ECBP | MIH | | 0.10 hrs. |
| 04/03/13 | Telephone conference with Ms. Madonia re: accountant to assist with financial information; review of IRS notice to Byrd Foods | | | |
| | ECBP | MIH | | 0.20 hrs. |
| 04/04/13 | E-mails with Susan Sharp re: discussing engagement of accountant; telephone conference with Ms. Sharp re: third party documents with SSNs of Mr. and Mrs. Madonia | | | |
| | ECBP | MIH | | 0.20 hrs. |
| 04/05/13 | E-mail to Susan Sharp re: unfiled income tax returns and issue with engaging outside accountant | | | |
| | ECBP | MIH | | 0.20 hrs. |
| 04/08/13 | E-mails with Susan Sharp re: accountant and title work; telephone conference and e-mails with Snow Martin re: filing annual reports and | | | |

FOWLER WHITE BOGGS P.A.

TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Batista & Evelyn Madonia, Sr.         May 6, 2013
Re:  East Coast Brokers & Packers, Inc.     Invoice 853084
Page 2
MIH/1130371

serving as registered agent; e-mails to clients re: same

|  |  |  |  |
|---|---|---|---|
|  | ECBP | MIH | 0.50 hrs. |

04/10/13   E-mail to clients re; deadline for filing extensions for personal returns, and reminder of annual report filing deadline

|  |  |  |  |
|---|---|---|---|
|  | ECBP | MIH | 0.20 hrs. |

04/12/13   E-mails with Susan Sharp re: filing extension requests and proper estimation of tax liability; review e-mails re: amended employment tax returns and current liabilities

|  |  |  |  |
|---|---|---|---|
|  | ECBP | MIH | 0.30 hrs. |

04/15/13   Review IRS substitutes for 2012 employment tax returns; e-mails with Susan Sharp re: same; telephone conference with Mr. Shatraw at IRS re: same and need for updated POA; prepare updated POA and e-mails with Mr. Madonia re: same; e-mails re: extensions for personal income tax return

|  |  |  |  |
|---|---|---|---|
|  | ECBP | MIH | 1.10 hrs. |

04/15/13   Attention to title policy invoice issues

|  |  |  |  |
|---|---|---|---|
|  | ECBP | TMZ | 0.30 hrs. |

04/16/13   E-mails re: issues to address in conf. call; brief review of transcripts from 341 meeting; telefax updated power of attorney to Mr. Shatraw at IRS; conference call with clients, Scott Stichter and Susan Sharp re: current employment tax issues, returns to be filed, engagement of CPA, and source of funds

|  |  |  |  |
|---|---|---|---|
|  | ECBP | MIH | 0.80 hrs. |

04/17/13   E-mails re: fling current and past due employment tax returns; e-mails re: Notice of Levy on wages of former employee; e-mails re: possible CPA to work with

|  |  |  |  |
|---|---|---|---|
|  | ECBP | MIH | 0.40 hrs. |

04/18/13   Review e-mail re: current status of employment tax filings

|  |  |  |  |
|---|---|---|---|
|  | ECBP | MIH | 0.10 hrs. |

Batista & Evelyn Madonia, Sr.                          May 6, 2013
Re:  East Coast Brokers & Packers, Inc.                Invoice 853084
                                                       Page  3
                                                       MIH/1130371

| Date | Description | | | Hours |
|---|---|---|---|---|
| 04/25/13 | E-mails re: filing annual reports for Florida entities; review of current employment tax returns; telephone conference with Ray Charles at accounting firm re: handling accounting and tax matters | | | |
| | | ECBP | MIH | 0.80  hrs. |
| 04/26/13 | Telephone conference with Susan Sharp re: results of discussions with Ray Charles on accounting services | | | |
| | | ECBP | MIH | 0.20  hrs. |
| 04/29/13 | Review of MetLife motion for appointment of Ch. 11 Trustee or dismissal of case; review of transcripts from section 341 creditor hearings; review of draft purchase agreement for Red Rose Inn, and e-mails re: same | | | |
| | | ECBP | MIH | 2.20  hrs. |

**TOTAL East Coast Brokers and Packers, Inc**            **$3,447.00**        **7.80  hrs.**

**<u>Red Rose</u>**

| Date | Description | | | Hours |
|---|---|---|---|---|
| 04/26/13 | Attorney conferences with T. Zwerner re: draft real estate contracts; e-mails with Ken Nofziger re: same; conference call with Ms. Sharp, Mr. Nofziger and T. Zwerner re: issues to address in proposed real estate contracts for sale of properties | | | |
| | | RR | MIH | 1.70  hrs. |
| 04/26/13 | Review proposed real estate contracts | | | |
| | | RR | TMZ | 0.60  hrs. |
| 04/26/13 | Prepare for and attend telephone conference to discuss real estate contract terms | | | |
| | | RR | TMZ | 1.20  hrs. |
| 04/28/13 | Revise Purchase and Sale Agreement | | | |
| | | RR | TMZ | 3.30  hrs. |

Batista & Evelyn Madonia, Sr.
Re: East Coast Brokers & Packers, Inc.

May 6, 2013
Invoice 853084
Page 4
MIH/1130371

| 04/29/13 | Attention to bankruptcy issues in Purchase and Sale Agreement | | | |
|---|---|---|---|---|
| | | RR | TMZ | 0.80 hrs. |

| 04/30/13 | Review of comments to revised agreement for Red Rose Inn; e-mails re: same; telephone conference with Susan Sharp re: same; attorney conference with S. Underwood re: review and comments; review of final revisions and e-mail to Ken Nofziger re: same | | | |
|---|---|---|---|---|
| | | RR | MIH | 0.60 hrs. |

| 04/30/13 | Review and analysis of purchase and sale agreement (1.1); conference with S. Sharpe regarding the same (.2); correspondence regarding the foregoing (.5). | | | |
|---|---|---|---|---|
| | | RR | SAU | 1.80 hrs. |

| 04/30/13 | Further revisions to the Purchase and Sale Agreement | | | |
|---|---|---|---|---|
| | | RR | TMZ | 0.80 hrs. |

| 04/30/13 | Further revisions to the Purchase Agreement | | | |
|---|---|---|---|---|
| | | RR | TMZ | 0.40 hrs. |

**TOTAL Red Rose**                                        **$3,396.00**          **11.20 hrs.**

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Mitchell I Horowitz | 9.80 | 450.00 | 4,410.00 |
| Scott A Underwood | 1.80 | 365.00 | 657.00 |
| Timothy M Zwerner | 7.40 | 240.00 | 1,776.00 |
| TOTAL | 19.00 | | 6,843.00 |

**Fees for Professional Services Rendered** ...................................................   $      **6,843.00**

FOWLER WHITE BOGGS P.A.

TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

Batista & Evelyn Madonia, Sr.
Re:  East Coast Brokers & Packers, Inc.

May 6, 2013
Invoice 853084
Page  5
MIH/1130371

### Disbursements Through 04/30/13

| Date | Description | Amount |
|---|---|---|
| 02/14/13 | VENDOR: Soundpath Conferencing; INVOICE#: 8132287412021413; DATE: 2/14/2013  -  Conference Call | 4.80 |
| 02/14/13 | VENDOR: Soundpath Conferencing; INVOICE#: 8132287412021413; DATE: 2/14/2013  -  Conference Call | 3.69 |
| 02/14/13 | VENDOR: Soundpath Conferencing; INVOICE#: 8132287412021413; DATE: 2/14/2013  -  Conference Call | 3.12 |
| 02/14/13 | VENDOR: Soundpath Conferencing; INVOICE#: 8132287412021413; DATE: 2/14/2013  -  Conference Call | 4.39 |
| 03/14/13 | VENDOR: Soundpath Conferencing; INVOICE#: 8132287412031413; DATE: 3/14/2013  -  Conference Call | 8.13 |
| 03/14/13 | VENDOR: Soundpath Conferencing; INVOICE#: 8132287412031413; DATE: 3/14/2013  -  Conference Call | 5.06 |
| 03/14/13 | VENDOR: Soundpath Conferencing; INVOICE#: 8132287412031413; DATE: 3/14/2013  -  Conference Call | 5.71 |
| 04/03/13 | Facsimiles 3 pages | 2.40 |
| 04/03/13 | Facsimiles 3 pages | 2.40 |
| 04/03/13 | Facsimiles 3 pages | 2.40 |
| 04/08/13 | Long Distance Telephone | 1.80 |
| 04/16/13 | Facsimiles 3 pages | 2.40 |
| 04/16/13 | Facsimiles 3 pages | 2.40 |

Total Disbursements ..................................................................................   $        48.70

## TOTALS FOR THIS INVOICE

| | | |
|---|---|---|
| Fees for Professional Services............................................................ | | 6,843.00 |
| Disbursements ................................................................................... | | 48.70 |
| **TOTAL DUE FOR THIS INVOICE**................................................ | **$** | **6,891.70** |



Batista & Evelyn Madonia, Sr.                                  June 5, 2013
East Coast Brokers & Packers, Inc.                            Invoice 855263
Post Office Box 2636                                          Tax # 59-1280172
Plant City, Florida  33564-2636                              Page 1
                                                             MIH/1130371

Re:  **1130371**
     **East Coast Brokers & Packers, Inc.**
     **Bankruptcy Matters**

### Professional Services Through 05/31/13

<u>**East Coast Brokers and Packers, Inc**</u>

| | | | | |
|---|---|---|---|---|
| 05/01/13 | Review of comments by S. Underwood to additional real estate purchase agreements; review e-mail from Susan Sharp re: CPA proposal for accounting and tax services to be provided | | | |
| | ECBP | MIH | | 0.20 hrs. |
| 05/02/13 | E-mail to Ken Nofziger re: firm client interested in Manatee County farms; telephone conference with Kenny Schum re: lease of watermelon warehouse; review term sheet re: same and e-mail to T. Zwerner | | | |
| | ECBP | MIH | | 0.40 hrs. |
| 05/02/13 | Begin drafting the Watermelon Packing Lease | | | |
| | ECBP | TMZ | | 2.30 hrs. |
| 05/03/13 | Review of draft watermelon farm lease and e-mails re: same | | | |
| | ECBP | MIH | | 0.80 hrs. |
| 05/03/13 | Continue to draft watermelon packing house lease | | | |
| | ECBP | TMZ | | 0.90 hrs. |
| 05/03/13 | Further revise watermelon lease | | | |
| | ECBP | TMZ | | 0.60 hrs. |

Batista & Evelyn Madonia, Sr.                                    June 5, 2013
Re:  East Coast Brokers & Packers, Inc.                          Invoice 855263
                                                                 Page  2
                                                                 MIH/1130371

| Date | Description | | | Hours |
|---|---|---|---|---|
| 05/06/13 | Telephone conference with Scott Stichter re: intent to engage new investment banker group | | | |
| | | ECBP | MIH | 0.10 hrs. |
| 05/07/13 | E-mails re: status of real estate matters | | | |
| | | ECBP | MIH | 0.20 hrs. |
| 05/08/13 | E-mails re: resolving Notice of Violation from Dept. of Health; e-mails re: site visit by CPAs | | | |
| | | ECBP | MIH | 0.20 hrs. |
| 05/13/13 | Telephone conference with Susan Sharp re: issues with title policies in Virginia, and status of obtaining CPA | | | |
| | | ECBP | MIH | 0.20 hrs. |
| 05/16/13 | Receipt of e-mail from Ken Nofziger re :review of draft Offering Terms and Conditions | | | |
| | | ECBP | MIH | 0.10 hrs. |
| 05/16/13 | Review and analyze bid requirements notice (.3); related correspondence (.2). | | | |
| | | ECBP | SAU | 0.50 hrs. |
| 05/16/13 | Review and revise Bid Instructions | | | |
| | | ECBP | TMZ | 0.40 hrs. |
| 05/17/13 | E-mails re: Terms and Conditions for Sale of properties, and issues with creating Purchase and Sale Agreement for sale of agricultural properties | | | |
| | | ECBP | MIH | 0.70 hrs. |
| 05/17/13 | Analysis and correspondence regarding revisions to and general format of form PSA for sale of various real estate parcels. | | | |
| | | ECBP | SAU | 0.70 hrs. |

Batista & Evelyn Madonia, Sr.                                           June 5, 2013
Re:  East Coast Brokers & Packers, Inc.                                 Invoice 855263
                                                                        Page  3
                                                                        MIH/1130371


| 05/17/13 | Further attention to bid instructions and confer with Attorney Underwood and Attorney Horowitz regarding same | | | |
| --- | --- | --- | --- | --- |
| | | ECBP | TMZ | 0.30 hrs. |
| 05/19/13 | Correspondence regarding form PSA and advancing the same. | | | |
| | | ECBP | SAU | 0.20 hrs. |
| 05/20/13 | E-mails re: preparing form of Purchase Agreement for agricultural properties; receipt of IRS notice re: 2011 returns and e-mails re: same; telephone conference with Susan Sharp re: issues with IRS audit and disbursements in 2009 and 2010 | | | |
| | | ECBP | MIH | 0.60 hrs. |
| 05/21/13 | E-mails with Ms. Madonia re: need for accountant to assist with answering questions from 341 hearings; e-mails re: terms of proposed purchase agreement; attorney conference with T. Zwerner re: same and issues for properties outside of Florida | | | |
| | | ECBP | MIH | 0.60 hrs. |
| 05/21/13 | Telephone conference with T. Zwerner (.1) and T. Zwerner and S. Stichter regarding form of sale agreement (.1); related correspondence (.6). | | | |
| | | ECBP | SAU | 0.80 hrs. |
| 05/21/13 | Participate in telephone conference with Attorneys Scott Stichter and Scott Underwood to discuss real estate contract | | | |
| | | ECBP | TMZ | 0.30 hrs. |
| 05/21/13 | Begin drafting form Purchase and Sale Agreement | | | |
| | | ECBP | TMZ | 1.80 hrs. |
| 05/22/13 | Review of draft engagement letters for CPA services, and e-mails re: same; attorney conference with T. Zwerner re: issues in drafting purchase agreements; telephone conference with Susan Sharp and Ken Nofziger re: possible buyer for property and environmental issues; telephone conference with Ms. Sharp re: IRS issues | | | |

Batista & Evelyn Madonia, Sr.                                          June 5, 2013
Re:  East Coast Brokers & Packers, Inc.                               Invoice 855263
                                                                      Page 4
                                                                      MIH/1130371


|            |                                                                                                                                                                                                  | ECBP | MIH | 1.20 hrs. |

| 05/22/13 | Analysis and correspondence regarding form PSA for various sales. | | | |
| | | ECBP | SAU | 0.30 hrs. |

| 05/22/13 | Continue drafting the form Purchase and Sale Agreement | | | |
| | | ECBP | TMZ | 4.60 hrs. |

| 05/23/13 | E-mails re: IRS claims in bankruptcy cases, and notifying Tax Court of bankruptcy filing; prepare and file Notice of Bankruptcy Filing in U.S. Tax Court and e-mails re: same; review draft master Purchase and Sale Agreement, and attorney conferences with S. Underwood and T. Zwerner re: same | | | |
| | | ECBP | MIH | 1.50 hrs. |

| 05/23/13 | Analysis of and revisions to draft PSA (1.8); telephone conference with S. Sharp regarding the same (.2); related correspondence (.1). | | | |
| | | ECBP | SAU | 2.10 hrs. |

| 05/24/13 | Review of draft purchase and sale agreement, and e-mails re: same; e-mails re: IRS proof of claims and impact on bankruptcy cases | | | |
| | | ECBP | MIH | 0.90 hrs. |

| 05/24/13 | Correspondence regarding draft contract and conference call to resolve final issues regarding the same. | | | |
| | | ECBP | SAU | 0.40 hrs. |

| 05/28/13 | Review revised draft purchase and sale agreement; e-mails re: same and re: IRS matters; conference call re: proposed revisions to agreement; receipt of Tax Court Order re: bankruptcy stay and e-mails re: same | | | |
| | | ECBP | MIH | 1.80 hrs. |

| 05/28/13 | Attend telephone conference with Debtor's chapter 11 counsel, real estate counsel, and investment broker. | | | |
| | | ECBP | SAU | 1.20 hrs. |

Batista & Evelyn Madonia, Sr.
Re:  East Coast Brokers & Packers, Inc.

June 5, 2013
Invoice 855263
Page 5
MIH/1130371

| | | | | |
|---|---|---|---|---|
| 05/28/13 | Participate in telephone conference with bankruptcy counsel and investment bankers regarding revisions to the purchase and sale agreement | | | |
| | | ECBP | TMZ | 1.20 hrs. |
| 05/28/13 | Revise Purchase and Sale Agreement pursuant to telephone conference | | | |
| | | ECBP | TMZ | 1.20 hrs. |
| 05/29/13 | E-mails re: documents establishing filing of bankruptcy, and telefax to Jeff Bradford at IRS in Virginia re: same; conference call with Susan Sharp and Scott Stichter re: responses to IRS proofs of claim, and issues to be addressed by accountants; review of comments and additional provisions for purchase and sale agreement; e-mails with Ray Charles re: priorities for accounting issues; telephone conference with Mr. Madonia, Jr. re: timing of MetLife use of Terracon for Phase Is | | | |
| | | ECBP | MIH | 1.50 hrs. |
| 05/29/13 | Attention to correspondence with Attorney Scott Stichter regarding revisions to the Purchase and Sale Agreement | | | |
| | | ECBP | TMZ | 0.30 hrs. |
| 05/29/13 | Further attention to e-mail correspondence regarding revisions to the Purchase and Sale Agreement | | | |
| | | ECBP | TMZ | 0.10 hrs. |
| 05/30/13 | Review of e-mails re: approval of revised purchase and sale agreement, and issues with IRS motion hearing today | | | |
| | | ECBP | MIH | 0.40 hrs. |
| 05/31/13 | Telephone conference with Susan Sharp re: deposition of Zoltan Pinter at Del Monte and reasons for termination of that transaction; telephone conference with Scott Stichter re: same and possible lender liability claim; review e-mails re: additional comments to purchase and sale agreement; attorney conference with T. Zwerner re: same | | | |
| | | ECBP | MIH | 0.80 hrs. |

Batista & Evelyn Madonia, Sr.
Re:  East Coast Brokers & Packers, Inc.

June 5, 2013
Invoice 855263
Page  6
MIH/1130371

| 05/31/13 | Participate in telephone conference to discuss Virginia law and the Purchase and Sale Agreement | | | |
|---|---|---|---|---|
| | | ECBP | TMZ | 0.60 hrs. |

| 05/31/13 | Further attention to various e-mail correspondence and revise Purchase Agreement accordingly | | | |
|---|---|---|---|---|
| | | ECBP | TMZ | 0.30 hrs. |

**TOTAL East Coast Brokers and Packers, Inc          $11,329.00          33.30 hrs.**

### Summary of Fees

| | Hours | Rate/Hr | Dollars | | |
|---|---|---|---|---|---|
| Mitchell I Horowitz | 12.20 | 450.00 | 5,490.00 | | |
| Scott A Underwood | 6.20 | 365.00 | 2,263.00 | | |
| Timothy M Zwerner | 14.90 | 240.00 | 3,576.00 | | |
| TOTAL | 33.30 | | 11,329.00 | | |
| **Fees for Professional Services Rendered** ................................................... | | | | $ | **11,329.00** |

Disbursements Through 05/31/13

| 05/29/13 | Facsimiles 19 pages | | 15.20 |
|---|---|---|---|
| Total Disbursements ................................................................................ | | $ | 15.20 |

### TOTALS FOR THIS INVOICE

| Fees for Professional Services............................................................ | | 11,329.00 |
|---|---|---|
| Disbursements ................................................................................ | | 15.20 |
| **TOTAL DUE FOR THIS INVOICE**................................................... | $ | **11,344.20** |



Batista & Evelyn Madonia, Sr.
East Coast Brokers & Packers, Inc.
Post Office Box 2636
Plant City, Florida  33564-2636

July 8, 2013
Invoice 857893
Tax # 59-1280172
Page 1
MIH/1130371

Re:  **1130371**
     **East Coast Brokers & Packers, Inc.**
     **Bankruptcy Matters**

### Professional Services Through 06/30/13

<u>**East Coast Brokers and Packers, Inc**</u>

| | | | | |
|---|---|---|---|---|
| 06/03/13 | E-mails with Susan Sharp and Scott Stichter re: preparing for deposition of Zoltan Pinter; e-mails with Ms. Madonia and Sherri Prescott re: response to IRS subpoena for workers; review additional comments to draft purchase agreement | | | |
| | ECBP | MIH | 0.70 hrs. | |
| 06/03/13 | Attention to e-mail correspondence from lender's counsel and revisions to the Purchase Agreement | | | |
| | ECBP | TMZ | 0.20 hrs. | |
| 06/04/13 | E-mails re: scheduling conf. call with accountants to go over work priorities; e-mails re: preparing for deposition of Zoltan Pinter next week | | | |
| | ECBP | MIH | 0.40 hrs. | |
| 06/05/13 | Review IRS proofs of claim; conference call with Madonia family, Ray Charles, and Susan Sharp re: same and prioritizing of accounting and tax work | | | |
| | ECBP | MIH | 0.90 hrs. | |
| 06/06/13 | Review of dark horse stalking from Del Monte and e-mails with Scott Stichter re: same; e-mails with Ray Charles re: copies of income tax returns;  brief review of file re: negotiations in Del Monte deal | | | |

Batista & Evelyn Madonia, Sr.                                    July 8, 2013
Re:  East Coast Brokers & Packers, Inc.                          Invoice 857893
                                                                 Page  2
                                                                 MIH/1130371


|  |  | ECBP | MIH | 0.60 hrs. |
|---|---|---|---|---|
| 06/07/13 | Review of Del Monte deal file to prepare for meeting; conference with Susan Sharp and Scott Stichter re: preparation for deposition of Zoltan Pinter |  |  |  |
|  |  | ECBP | MIH | 2.50 hrs. |
| 06/10/13 | Receipt of IRS notices and e-mail re: same |  |  |  |
|  |  | ECBP | MIH | 0.20 hrs. |
| 06/11/13 | E-mails with Andres Prida re: prior year tax returns for Ruskin Vegetable Corporation, and e-mail to Ray Charles re: status; e-mails re: delay in Zoltan Pinter deposition and IRS inquiry on overpayment; telephone conference with Susan Sharp re: location of filing IRS lien against vehicles |  |  |  |
|  |  | ECBP | MIH | 0.40 hrs. |
| 06/12/13 | E-mails with Ray Charles re: status of review of records and possible issues for consideration |  |  |  |
|  |  | ECBP | MIH | 0.10 hrs. |
| 06/13/13 | E-mails with Kenny Schum re: backup for title commitment on Stuart property; attorney conference with T. Zwerner re: same |  |  |  |
|  |  | ECBP | MIH | 0.30 hrs. |
| 06/13/13 | Attention to title work on the Stuart farm |  |  |  |
|  |  | ECBP | TMZ | 0.20 hrs. |
| 06/14/13 | E-mail to Susan Sharp and Scott Stichter re: IRS billing memos for 4th quarter of 2012 1st quarter of 2013 |  |  |  |
|  |  | ECBP | MIH | 0.10 hrs. |
| 06/17/13 | E-mails with Susan Sharp and Scott Stichter re: latest IRS billing memos; telephone conference with Mr. Stichter re: client's intent to engage new investment banker and law firm |  |  |  |
|  |  | ECBP | MIH | 0.30 hrs. |

Batista & Evelyn Madonia, Sr.          July 8, 2013
Re:  East Coast Brokers & Packers, Inc.     Invoice 857893
                                Page  3
                                MIH/1130371

| Date | Description | | | Hours |
|---|---|---|---|---|
| 06/18/13 | E-mails with Ken Nofziger re: preparing draft purchase agreement for 2 properties in Florida; attorney conference with T. Zwerner re: same; review motion for extension of time to file plan in court | | | |
| | | ECBP | MIH | 0.60 hrs. |
| 06/19/13 | Review motion filed by Marano; telephone conference with Ms. Madonia re: same and impact on IRS amended Proofs of Claim; e-mail to Mr. Madonia re: IRS claims; attorney conference with T. Zwerner re: hold on preparing purchase and sale agreement | | | |
| | | ECBP | MIH | 0.50 hrs. |
| 06/19/13 | Attention to file | | | |
| | | ECBP | TMZ | 0.20 hrs. |
| 06/24/13 | E-mails re: hearing today on IRS motion to reconsider tax returns filing schedule | | | |
| | | ECBP | MIH | 0.30 hrs. |
| 06/27/13 | E-mails with Gerry McHale, new Trustee, re: role going forward; telephone conference with Mr. McHale re: same, tax issues, and issues in Del Monte sale; e-mails with Scott Stichter and Susan Sharp re: their role going forward; e-mails with Ken Nofziger re: same | | | |
| | | ECBP | MIH | 1.30 hrs. |
| 06/28/13 | E-mails with. Ms. Madonia re: sale of Eastern Shore Properties hotel in Virginia | | | |
| | | ECBP | MIH | 0.20 hrs. |
| 06/28/13 | Attention to Owl Motel properties | | | |
| | | ECBP | TMZ | 0.30 hrs. |
| **TOTAL East Coast Brokers and Packers, Inc** | | **$4,446.00** | | **10.30 hrs.** |

Batista & Evelyn Madonia, Sr.
Re:  East Coast Brokers & Packers, Inc.

July 8, 2013
Invoice 857893
Page  4
MIH/1130371

### Summary of Fees

|                     | Hours | Rate/Hr | Dollars  |
|---------------------|-------|---------|----------|
| Mitchell I Horowitz | 9.40  | 450.00  | 4,230.00 |
| Timothy M Zwerner   | 0.90  | 240.00  | 216.00   |
| TOTAL               | 10.30 |         | 4,446.00 |

**Fees for Professional Services Rendered** ..................................................... $ **4,446.00**

### Disbursements Through 06/30/13

| 06/03/13 | Facsimiles 3 pages | 2.40 |

Total Disbursements ........................................................................................ $ 2.40

### TOTALS FOR THIS INVOICE

| Fees for Professional Services........................................................................ | 4,446.00 |
| Disbursements ................................................................................................. | 2.40 |
| **TOTAL DUE FOR THIS INVOICE**............................................................ $ | **4,448.40** |



**FOWLER WHITE BOGGS**
Attorneys at Law
Est 1943

Batista & Evelyn Madonia, Sr.                                    August 5, 2013
East Coast Brokers & Packers, Inc.                              Invoice 859479
Post Office Box 2636                                            Tax # 59-1280172
Plant City, Florida  33564-2636                                Page 1
                                                               MIH/1130371

Re:   **1130371**
      **East Coast Brokers & Packers, Inc.**
      **Bankruptcy Matters**

### Professional Services Through 07/31/13

<u>**East Coast Brokers and Packers, Inc**</u>

| | | | | |
|---|---|---|---|---|
| 07/01/13 | Receipt and review of IRS audit report for Oakwood Place for 2007 | | | |
| | ECBP | MIH | | 0.20 hrs. |
| 07/03/13 | E-mails with Ms. Madonia re: discussing issues with Floyd Kephart in conference call; e-mails with telephone conference with Gerry McHale re: same and potential conflict issues | | | |
| | ECBP | MIH | | 0.40 hrs. |
| 07/05/13 | E-mails with Floyd Kephart re: IRS issues against debtors; review of spreadsheet and IRS liens; conference call with Madonia family and Mr. Kephart re: same | | | |
| | ECBP | MIH | | 1.20 hrs. |
| 07/08/13 | E-mails re: status of tax issues as part of proposed plan of reorganization | | | |
| | ECBP | MIH | | 0.10 hrs. |
| 07/09/13 | E-mails with Floyd Kephart re: access to title information; receipt of IRS audit report against Mr. and Mrs. Madonia and e-mail to Gerry McHale re: same | | | |
| | ECBP | MIH | | 0.40 hrs. |
| 07/10/13 | E-mails with Floyd Kephart re: scheduling meeting while in Tampa; | | | |

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE
501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Batista & Evelyn Madonia, Sr.
Re:  East Coast Brokers & Packers, Inc.

August 5, 2013
Invoice 859479
Page  2
MIH/1130371

<table>
<tr><td></td><td>review of IRS audit report for Madonias and e-mail to Jerry McHale and Mr. Kephart</td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td>ECBP</td><td>MIH</td><td>0.40  hrs.</td></tr>
<tr><td>07/11/13</td><td>Review of IRS audit report against Mr. and Mrs. Madonia; conference with Floyd Kephart, Steve Berman and Lisa Castellano re: tax issues in proposed plan of reorganization, structure of NEWCO, and impact of IRS audit report against Mr. and Mrs. Madonia; conference with Madonia family re: same; follow up with E.J. Boggs re: trust for Mr. and Mrs. Madonia</td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td>ECBP</td><td>MIH</td><td>2.10  hrs.</td></tr>
<tr><td>07/12/13</td><td>Attorney conference with E.J. Boggs re: preparation of Trust for Mr. and Mrs. Madonia; e-mail to Floyd Kephart and Steve Berman re: same, items to subpoena from prior accountants, and status of considering structuring issues for Plan of Reorganization</td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td>ECBP</td><td>MIH</td><td>0.30  hrs.</td></tr>
<tr><td>07/15/13</td><td>E-mails with Floyd Kephart and Steve Berman re: status of Plan of Reorganization; attorney conference with S. Underwood re: need for new motion to engage as special counsel and supporting Affidavit</td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td>ECBP</td><td>MIH</td><td>0.20  hrs.</td></tr>
<tr><td>07/17/13</td><td>Telephone conference with Becky Goodall at Steve Berman's office re: accounting firms to subpoena; review of motion for Rule 2004 examination</td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td>ECBP</td><td>MIH</td><td>0.20  hrs.</td></tr>
<tr><td>07/18/13</td><td>E-mails re: information to obtain from CPAs; receipt of IRS notices to East Coast and Mr. and Mrs. Madonia</td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td>ECBP</td><td>MIH</td><td>0.20  hrs.</td></tr>
<tr><td>07/22/13</td><td>Receipt and review of IRS final audit reports, and e-mail to Jerry McHale re: same</td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td>ECBP</td><td>MIH</td><td>0.40  hrs.</td></tr>
</table>

Batista & Evelyn Madonia, Sr.
Re:  East Coast Brokers & Packers, Inc.

August 5, 2013
Invoice 859479
Page 3
MIH/1130371

**TOTAL East Coast Brokers and Packers, Inc**        **$2,745.00**        **6.10  hrs.**

### Summary of Fees

|                       | Hours | Rate/Hr | Dollars  |   |          |
|-----------------------|-------|---------|----------|---|----------|
| Mitchell I Horowitz   | 6.10  | 450.00  | 2,745.00 |   |          |
| TOTAL                 | 6.10  |         | 2,745.00 |   |          |
| **Fees for Professional Services Rendered** ................................................. | | | | $ | **2,745.00** |

### TOTALS FOR THIS INVOICE

| | | |
|---|---|---|
| Fees for Professional Services................................................................................... | | 2,745.00 |
| Disbursements ............................................................................................................ | | 0.00 |
| **TOTAL DUE FOR THIS INVOICE**............................................................................ | $ | **2,745.00** |



# FOWLER WHITE BOGGS
### Attorneys at Law
### Est 1943

Batista & Evelyn Madonia, Sr.                                    September 6, 2013
East Coast Brokers & Packers, Inc.                              Invoice 862095
Post Office Box 2636                                            Tax # 59-1280172
Plant City, Florida  33564-2636                                 Page 1
                                                               MIH/1130371

Re:  **1130371**
     **East Coast Brokers & Packers, Inc.**
     **Bankruptcy Matters**


### Professional Services Through 08/31/13

#### East Coast Brokers and Packers, Inc

| | | | | |
|---|---|---|---|---|
| 08/08/13 | E-mails re: motion for sale of property | | | |
| | | ECBP | MIH | 0.10  hrs. |
| 08/27/13 | Review of draft motion to be engaged by bankruptcy Trustee, and e-mails re: discussing tax issues with Trustee | | | |
| | | ECBP | MIH | 0.30  hrs. |

**TOTAL East Coast Brokers and Packers, Inc**        **$180.00**        **0.40  hrs.**


### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Mitchell I Horowitz | 0.40 | 450.00 | 180.00 |
| TOTAL | 0.40 | | 180.00 |

**Fees for Professional Services Rendered** ..................................................  $        **180.00**


### TOTALS FOR THIS INVOICE

Fees for Professional Services.............................................................................        180.00
Disbursements .........................................................................................................          0.00
**TOTAL DUE FOR THIS INVOICE**.............................................................  $        **180.00**

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE
501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES



Batista & Evelyn Madonia, Sr.                     September 30, 2013
East Coast Brokers & Packers, Inc.                Invoice 863210
Post Office Box 2636                               Tax # 59-1280172
Plant City, Florida  33564-2636                   Page 1
                                                  MIH/1130371

Re:  **1130371**
     **East Coast Brokers & Packers, Inc.**
     **Bankruptcy Matters**

### Professional Services Through 09/25/13

**East Coast Brokers and Packers, Inc**

| | | | |
|---|---|---|---|
| 09/03/13 | Prepare agenda of items to discuss; conference call with Jerry McHale, Jordi Gusto, and S. Underwood re: status of tax issues in bankruptcy cases, information needed to handle, and moving forward as tax counsel to trustee | | |
| | ECBP | MIH | 1.20 hrs. |
| 09/09/13 | E-mails with Trustee's office re: supplemental affidavit to be engaged as tax counsel | | |
| | ECBP | MIH | 0.10 hrs. |
| 09/10/13 | E-mail to Mr. McHale's office re: status of considering previous time billed to debtor; preparation of proposed supplemental affidavit | | |
| | ECBP | MIH | 0.30 hrs. |
| 09/12/13 | E-mails re: supplemental Affidavit; e-mails re: employer ID numbers for Stellaro Bay and Eastern Shore Properties | | |
| | ECBP | MIH | 0.60 hrs. |
| 09/12/13 | Analysis and correspondence regarding terms of employment motion (.6); revise form of declaration (.2). | | |
| | ECBP | SAU | 0.80 hrs. |

**Fowler White Boggs P.A.**

Tampa • Fort Myers • Tallahassee • Jacksonville • Fort Lauderdale

501 East Kennedy Blvd., Suite 1700 • Tampa, Florida 33602 • P.O. Box 1438 • Tampa, FL 33601
Telephone (813) 228-7411 • Fax (813) 229-8313 • www.fowlerwhite.com
Expenses are billed at actual costs determined in accordance with ABA guidelines

Batista & Evelyn Madonia, Sr.                                September 30, 2013
Re:  East Coast Brokers & Packers, Inc.                      Invoice 863210
                                                             Page  2
                                                             MIH/1130371

| | | | | |
|---|---|---|---|---|
| 09/13/13 | E-mails re: FEINs for Stellaro Bay and Eastern Shore Properties; e-mails re: notice to close labor camp for Circle M. Ranch | | | |
| | | ECBP | MIH | 0.30 hrs. |
| 09/17/13 | Review and analysis of FWB employment application. | | | |
| | | ECBP | SAU | 0.20 hrs. |
| 09/18/13 | Review of motion to engage and issue with pre- or post-petition fees to be paid; attorney conference with S. Underwood re: same | | | |
| | | ECBP | MIH | 0.30 hrs. |
| 09/18/13 | Analysis and correspondence regarding terms of employment motion. | | | |
| | | ECBP | SAU | 0.50 hrs. |
| 09/23/13 | Review docket and application to employ, prepare for upcoming hearing. | | | |
| | | ECBP | JCB | 0.50 hrs. |
| 09/24/13 | Prepare for and attend hearing regarding application for employment. | | | |
| | | ECBP | JCB | 1.10 hrs. |
| 09/24/13 | Review pending motion for engagement as tax counsel to trustee, and preparation of fee application request | | | |
| | | ECBP | MIH | 0.30 hrs. |
| 09/25/13 | Emails with Jordi Guso re: setting up conference call to discuss tax issues in bankruptcy case | | | |
| | | ECBP | MIH | 0.10 hrs. |
| 09/25/13 | Analysis and correspondence regarding terms of employment order. | | | |
| | | ECBP | SAU | 0.30 hrs. |

**TOTAL East Coast Brokers and Packers, Inc**          **$2,537.00**          **6.60 hrs.**

Batista & Evelyn Madonia, Sr.                                   September 30, 2013
Re:  East Coast Brokers & Packers, Inc.                      Invoice 863210
Page  3
MIH/1130371

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Mitchell I Horowitz | 3.20 | 450.00 | 1,440.00 |
| Scott A Underwood | 1.80 | 365.00 | 657.00 |
| Jake C. Blanchard | 1.60 | 275.00 | 440.00 |
| TOTAL | 6.60 |  | 2,537.00 |

**Fees for Professional Services Rendered** ................................................................ $    **2,537.00**

### TOTALS FOR THIS INVOICE

Fees for Professional Services......................................................................................... 2,537.00
Disbursements .................................................................................................................. 0.00
**TOTAL DUE FOR THIS INVOICE**............................................................................ $   **2,537.00**



Batista & Evelyn Madonia, Sr.                                  October 30, 2013
East Coast Brokers & Packers, Inc.                            Invoice 865600
Post Office Box 2636                                          Tax # 59-1280172
Plant City, Florida  33564-2636                              Page 1
                                                             MIH/1130371

Re:  **1130371**
     **East Coast Brokers & Packers, Inc.**
     **Bankruptcy Matters**

**Professional Services Through 10/25/13**

**East Coast Brokers and Packers, Inc**

| | | | | |
|---|---|---|---|---|
| 09/26/13 | Review, analyze proposed order on amended application to employ FWB. | | | |
| | | ECBP | JCB | 0.20 hrs. |
| 09/26/13 | E-mails re: scheduling conf. call to discuss tax matters | | | |
| | | ECBP | MIH | 0.10 hrs. |
| 09/26/13 | Revise employment order and related correspondence. | | | |
| | | ECBP | SAU | 0.20 hrs. |
| 09/27/13 | Conference call with Mr. McHale and Jordi Guso re: follow up on tax issues in bankruptcy cases and how to address; review Madonia file for tax returns under audit and IRS requests for information | | | |
| | | ECBP | MIH | 0.90 hrs. |
| 09/27/13 | Correspondence regarding employment order. | | | |
| | | ECBP | SAU | 0.10 hrs. |
| 10/01/13 | Follow up and review issue of proposed order addressing the clarification on the record at the hearing on the application to employ FWB | | | |
| | | ECBP | JCB | 0.20 hrs. |

Batista & Evelyn Madonia, Sr.                                October 30, 2013
Re:  East Coast Brokers & Packers, Inc.                      Invoice 865600
                                                             Page 2
                                                             MIH/1130371

| 10/01/13 | Telephone conference with Randy Speed re: meeting with Trustee to go over workpapers for returns; e-mails re: same; e-mails with David Isley re: copies of Mr. and Madonia returns and IRS requests for information, and need for East Coast returns | | | |
|---|---|---|---|---|
| | | ECBP | MIH | 0.60 hrs. |
| 10/02/13 | Review amended order from J. Gusso (.1); related correspondence (.1). | | | |
| | | ECBP | SAU | 0.20 hrs. |
| 10/03/13 | E-mails re: confirming date and location for interview of Randy Speed on return preparation issues; e-mail to Mr. Speed re: same | | | |
| | | ECBP | MIH | 0.20 hrs. |
| 10/03/13 | Correspondence regarding fee application timing. | | | |
| | | ECBP | SAU | 0.20 hrs. |
| 10/04/13 | E-mails re: copies of Oakwood Place tax returns; e-mails re: confirmation of interview of Randy Speed on Oct. 23, and information to be produced | | | |
| | | ECBP | MIH | 0.30 hrs. |
| 10/08/13 | Review of tax issues to be addressed and notation of information still needed | | | |
| | | ECBP | MIH | 0.20 hrs. |
| 10/14/13 | E-mails re: confirmation of interview of return preparer and information to be requested to be produced | | | |
| | | ECBP | MIH | 0.20 hrs. |
| 10/15/13 | E-mails re: information to be requested from Randy Speed, and forward to Mr. Speed for production; e-mails re: fee application to be filed next months | | | |
| | | ECBP | MIH | 0.50 hrs. |
| 10/21/13 | Review of file to prepare for interview of CPA | | | |
| | | ECBP | MIH | 0.30 hrs. |

Batista & Evelyn Madonia, Sr.
Re:  East Coast Brokers & Packers, Inc.

October 30, 2013
Invoice 865600
Page 3
MIH/1130371

| 10/22/13 | E-mails with Mr. McHale re: final preparations for interview of Randy Speed tomorrow; telephone conference with Mr. Speed re: same; continued review of IRS audit issues | | | |
|---|---|---|---|---|
| | | ECBP | MIH | 0.60 hrs. |
| 10/23/13 | Continued review of tax issues to prepare for conference; conference with Jerry McHale, David Isley, Jordi Guso and Randy Speed re: preparation of income tax returns, causation of payroll tax liabilities, and issues with debtor; e-mails re: lien priority chart | | | |
| | | ECBP | MIH | 5.30 hrs. |
| 10/24/13 | Review of lien priority list provided by Jordi Guso | | | |
| | | ECBP | MIH | 0.20 hrs. |
| **TOTAL East Coast Brokers and Packers, Inc** | | **$4,595.50** | | **10.50 hrs.** |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars | | |
|---|---|---|---|---|---|
| Mitchell I Horowitz | 9.40 | 450.00 | 4,230.00 | | |
| Scott A Underwood | 0.70 | 365.00 | 255.50 | | |
| Jake C. Blanchard | 0.40 | 275.00 | 110.00 | | |
| TOTAL | 10.50 | | 4,595.50 | | |
| **Fees for Professional Services Rendered** .................................................. | | | | $ | **4,595.50** |

Disbursements Through 10/25/13

| 10/23/13 | Photocopies 9 pages | | 1.35 |
|---|---|---|---|
| Total Disbursements ......................................................................................... | | $ | 1.35 |

### TOTALS FOR THIS INVOICE

Batista & Evelyn Madonia, Sr.
Re:  East Coast Brokers & Packers, Inc.

October 30, 2013
Invoice 865600
Page  4
MIH/1130371

Fees for Professional Services..............................................................................   4,595.50
Disbursements ......................................................................................................       1.35
**TOTAL DUE FOR THIS INVOICE**......................................................................  $      **4,596.85**

FOWLER WHITE BOGGS P.A.

TAMPA  •  FORT MYERS  •  TALLAHASSEE  •  JACKSONVILLE  •  FORT LAUDERDALE